**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01022-REB-CBS

JARED FUHRER

      Plaintiff,

v.

HSBC MORTGAGE SERVICES, INC.,
EQUIFAX INFORMATION SERVICES, LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY

**Blackburn, J.**

The matter is before the court on **Plaintiff Jared Fuhrer and Defendant Experian Information Solutions, Inc.'s Joint Stipulation for Dismissal with Prejudice** [#49][1] filed January 5, 2015. After reviewing the motion and the record, I conclude the motion should be granted and that the claims against defendant Experian Information Solutions, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff Jared Fuhrer and Defendant Experian Information Solutions, Inc.'s Joint Stipulation for Dismissal with Prejudice** [#49] filed January 5, 2015, is **APPROVED**;

---

[1] "[#49]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That the claims of the plaintiff, Jared Fuhrer, against defendant, Experian Information Solutions, Inc., are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That defendant, Experian Information Solutions, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated January 8, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge