**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01022-REB-CBS

JARED FUHRER

      Plaintiff,

v.

HSBC MORTGAGE SERVICES, INC.,
EQUIFAX INFORMATION SERVICES, LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court on the **Unopposed Motion To Modify the Scheduling Order To Extend Dispositive Motion Deadline by 24 Hours** [#64][2] filed March 9, 2015[3]. The order is granted. Dispositive motions shall be filed by March 10, 2015.

Dated: March 10, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#64]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.

[3] Henceforth, counsel shall comply with the practice standards of this court, including REB Civ. Practice Standard II.G.4, which is implicated adversely by the filing of the motion.