**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01022-REB-CBS

JARED FUHRER

      Plaintiff,

v.

HSBC MORTGAGE SERVICES, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

      Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT
## EQUIFAX INFORMATION SERVICES LLC, ONLY

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss Party** [#77][1] filed April 20, 2015. After careful review of the stipulation and the file, I conclude that the motion should be granted and that the plaintiff's claims against defendant, Equifax Information Services, LLC, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Party** is granted;

2. That plaintiff's claims against defendant, Equifax Information Services, LLC, are dismissed with prejudice, with the parties to bear their own attorney fees and costs; and

3. That defendant, Equifax Information Services, LLC, is dropped as a party to this action, and the caption shall be amended accordingly.

---

[1] "[#77]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated April 21, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge