# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number 14-cv-01022-REB-CBS

Jared Fuhrer,
    Plaintiff,

v.

HSBC Mortgage Services, Inc.
    Defendant.

## PLAINTIFF'S RESPONSE TO HSBC'S NOTICE OF "NON-OPPOSITION" [DOC. #100]

1. On May 14, 2015, HSBC filed 4 separate Motions in Limine. [Doc. #91, 92, 93, and 94].

2. For an unknown reason, Plaintiff's counsel did not receive via ECF three of HSBC's Motions.

3. Plaintiff has already filed his response to the Motion in Limine that was received, which was HSBC's Motion in Limine regarding Plaintiff's damages relating to his business.

4. Yesterday is the first time that Plaintiff's counsel became aware that there were 3 outstanding Motions in Limine filed by HSBC.

5. Plaintiff will be responding to the 3 outstanding Motions in Limine as soon as possible.

6. Regarding HSBC's Motion to Continue, the Court has yet to order a shortened briefing schedule, and so Plaintiff's response to that Motion is not due until June 19, 2015.

Respectfully submitted this 12th day of June, 2015.

s/ Matthew R. Osborne #40835
10465 Melody Dr, Ste 325
Northglenn, CO 80234
Phone Number: 303-759-7018

E-mail: matt@mrosbornelawpc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 06/12/2015 a true and correct copy of the foregoing Plaintiff's Response to HSBC's Notice of "Non-Opposition" was served via the Court's CM/ECF system which will automatically send notice to:

Jeff Lippa, Attorney for Defendant HSBC

s/Matthew R. Osborne