**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 14-cv-01022-REB-CBS

JARED FUHRER

     Plaintiff,

v.

HSBC MORTGAGE SERVICES, INC.,

     Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter is before me on the **Stipulated Motion To Dismiss with Prejudice** [#106][1] filed July 15, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulated Motion To Dismiss with Prejudice** is granted;

     2.  That all pending motions, including, but not limited to documents [#67], [#90], [#91], [#92], [#93], [#94], [#97], [#100], and [#106], are denied as moot;

     3.  That the **Recommendation of United States Magistrate Judge** [#85] entered May 7, 2015, is respectfully terminated on the docket as moot; and

     4.  That this action is dismissed with prejudice with the parties to pay their own

---

[1]  "[#106]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

attorney fees and costs.

Dated August 6, 2015, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge